**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

PAULINE RUSINICH,

                            Plaintiff,                     **24 Civ. No. 3344 (JPO) (GS)**

             -against-                                **ORDER**

DEE CEE ASSOCIATES LLC and
WHOLE PIES, INC.,

                           Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

Having reviewed Plaintiff's July 19, 2024 response to its July 17, 2024 Order to Show Cause, the Court is satisfied that Plaintiff intends to prosecute this case. (*See* Dkt. Nos. 10 &13). As such, the Initial Case Management Conference previously scheduled for July 17, 2024, at which no party appeared, is hereby rescheduled to Wednesday, August 21, 2024 at 2:00 p.m. Accordingly, a joint proposed case management plan and scheduling order is due by August 14, 2024. The parties may access the video conference using the access information in the Court's June 27, 2024 Order (Dkt. No. 9).

Further, the appearing parties are warned that their failure to attend the adjourned Initial Case Management Conference may result in sanctions.

       **SO ORDERED.**

DATED: July 22, 2024
       New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge