UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAULINE RUSINICH,

                Plaintiff,

    -against-

DEE CEE ASSOCIATES LLC, *et al.,*

                Defendants.
------------------------------------------------------------------X

24 Civ. No. 3344 (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Status Conference on **Friday, November 21, 2025 at 10:00 a.m.**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [271 397 445 747]  Passcode: [cY7mb666]**

    SO ORDERED.

DATED:    New York, New York
              October 24, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge