**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

PAULINE RUSINICH,

                        Plaintiff,                        **24 Civ. No. 3344 (GS)**

          -against-                         **PRE-SETTLEMENT**
                                          **CONFERENCE ORDER**

DEE CEE ASSOCIATES LLC, *et al.,*

                        Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, January 13, 2026 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 211 879 734#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
            December 10, 2025

                                     _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge