**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X

PAULINE RUSINICH,

                  Plaintiff,

        -against-

DEE CEE ASSOCIATES, *et al,*

                 Defendants.
--------------------------------------------------------------------------X

**24 Civ. No. 3344 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Trial in this matter shall be held starting on April 6, 2026 at 10:00 a.m. at United States Courthouse, 500 Pearl Street New York, NY 10007, Courtroom 9A.  Final Pretrial Orders, Motions in Limine, and all other applicable materials noted in Individual Rule V shall be submitted by no later than March 11, 2026.  A final pretrial conference in this matter shall be held on **March 30, 2026 at 2 p.m.  SO ORDERED.**

        **SO ORDERED.**

DATED:    New York, New York
             January 13, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge