**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
PAULINE RUSINICH,

                        Plaintiff,

            -against-

DEE CEE ASSOCIATES, *et al*,

                     Defendants.
------------------------------------------------------------------------X

                           **24 Civ. No. 3344 (GS)**

                               **ORDER**

**GARY STEIN, United States Magistrate Judge:**

Trial in this matter shall be held starting on May 18, 2026 at 10:00 a.m. at United States Courthouse, 500 Pearl Street New York, NY 10007, Courtroom 9A.  Final Pretrial Orders, Motions in Limine, and all other applicable materials noted in Individual Rule V shall be submitted by no later than April 27, 2026.  A final pretrial conference in this matter shall be held on **May 11, 2026 at 2 p.m.**

      **SO ORDERED.**

DATED:     New York, New York
             March 12, 2026

                                      _____
                                      The Honorable Gary Stein
                                      United States Magistrate Judge