**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PAULINE RUSINICH,

                    Plaintiff,

          -against-

DEE CEE ASSOCIATES LLC, *et al.,*

                   Defendant.
-----------------------------------------------------------------X

**24 Civ. No. 3344 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Trial in this matter is being adjourned from Monday, May 18, 2026 to Tuesday, May 19, 2026 at 10:00 a.m. All other dates and deadlines in the Courts March 12, 2026 Order (Dkt. No. 65) remain in effect.

     **SO ORDERED.**

DATED:    New York, New York
           March 16, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge