**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
PAULINE RUSINICH,

                  Plaintiff,

         -against-

DEE CEE ASSOCIATES, *et al*,

                Defendants.
------------------------------------------------------------------------X

**24 Civ. No. 3344 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

     This action shall be **STAYED** until Friday, May 29, 2026 for the parties to finalize the settlement agreed to in principle at the settlement conference conducted on March 23, 2026.  All interim deadlines, including for any pretrial submissions, conferences, and trial, are hereby adjourned *sine die*.  The parties shall promptly inform the Court once the final settlement agreement has been executed so that the case may be dismissed.  If the case has not been dismissed before then, the parties shall provide a joint status letter by no later than Tuesday, May 26, 2026.

     **SO ORDERED.**

DATED:    New York, New York
           March 25, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge