MEMO ENDORSED

**HANSKI PARTNERS LLC**
4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

September 21, 2026

*Via ECF*
The Honorable Gary Stein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Re: Letter Motion Seeking Extension of Time to File Updated Status Letter*
*Pauline Rusinich v. Dee Cee Associates LLC et al.; Docket No. 1:24-cv-03344-GS*

Dear Judge Stein:

Hanski Partners represents Plaintiff Pauline Rusinich in the above-referenced action. We respectfully request a one-week extension of time, from September 21 to September 28, 2026, to submit the joint status update required by the Court's August 21, 2026 Order. Dkt. No. 78.

Earlier today, defendant Whole Pies Inc. confirmed that it is prepared to execute the revised settlement agreement, and defendant Dee Cee Associates LLC requested an additional clarifying provision. The undersigned was out of the office today in observance of Yom Kippur and has not yet had an opportunity to fully review these communications or discuss the proposed addition with Plaintiff. The requested extension would allow the undersigned time to complete that review, confer with Defendants' counsel, and submit a joint status update.

We apologize for the timing of this request and thank the Court for its consideration.

Respectfully,

/s/
Robert G. Hanski, Esq.

Application granted. The parties shall submit a stipulation of dismissal or subsequent joint status report by no later than September 28, 2026. SO ORDERED.

Date: September 23, 2026

Gary Stein
United States Magistate Judge
Southern District of New York